| | | |
|---|---|---|
| **JANICE CLABORNE AND SHERYL JONES** | * | **NO. 2023-CA-0214** |
| | * | **COURT OF APPEAL** |
| **VERSUS** | * | **FOURTH CIRCUIT** |
| **THE HOUSING AUTHORITY OF NEW ORLEANS** | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

**\* \* \* \* \* \* \***

*DLD*     **DYSART, J., CONCURS**